# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0328. DAVID STURGIS v. ANNETTIA TOBY.

Petitioner Sturgis appealed directly from the superior court's denial of his petition for a writ of habeas corpus. While Sturgis's notice of appeal directed the clerk of superior court to transmit the record to the Supreme Court, his record was transmitted to this Court. Under our Constitution, the Supreme Court of Georgia has appellate jurisdiction over all cases involving habeas corpus. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, we hereby TRANSFER this case to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/23/2024*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____, Clerk.